AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

__Matthew Jason Beddingfield__
Defendant

)
)
) Case: 1:22-mj-00020
) Assigned to: Judge Meriweather, Robin M.
) Assign Date: 2/2/2022
) Description: COMPLAINT W/ ARREST WARRANT
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Matthew Jason Beddingfield__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b)—Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon or Inflicting Bodily Injury
18 U.S.C. § 231(a)(3)—Civil Disorder
18 U.S.C. § 1752(a)(1) and (b)(1)(A)—Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
18 U.S.C. § 1752(a)(2)—Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4)—Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)—Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(E)—Impeding Passage Through the Capitol Grounds or Buildings
40 U.S.C. § 5104(e)(2)(F)—Act of Physical Violence in the Capitol Grounds or Buildings
40 U.S.C. § 5104(e)(2)(G)—Parading, Demonstrating, or Picketing in a Capitol Building

Date: __February 2, 2022__

Robin M. Meriweather
2022.02.02 15:12:50 -05'00'

_Issuing officer's signature_

City and state: __Washington, D.C.__ __Robin M. Meriweather, U.S. Magistrate Judge__
_Printed name and title_

---

### Return

This warrant was received on *(date)* __02/02/22__, and the person was arrested on *(date)* __02/08/22__
at *(city and state)* __Smithfield, NC__.

Date: __02/08/22__

_Arresting officer's signature_

__SA Brian Surer__
_Printed name and title_