AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.

Matthew Jason Beddingfield
*Defendant*

)
)
)
)
)

Case: 1:22-mj-00020
Assigned to: Judge Meriweather, Robin M.
Assign Date: 2/2/2022
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      Matthew Jason Beddingfield ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b)—Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon or Inflicting Bodily Injury
18 U.S.C. § 231(a)(3)—Civil Disorder
18 U.S.C. § 1752(a)(1) and (b)(1)(A)—Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
18 U.S.C. § 1752(a)(2)—Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4)—Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)—Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(E)—Impeding Passage Through the Capitol Grounds or Buildings
40 U.S.C. § 5104(e)(2)(F)—Act of Physical Violence in the Capitol Grounds or Buildings
40 U.S.C. § 5104(e)(2)(G)—Parading, Demonstrating, or Picketing in a Capitol Building

Date:    February 2, 2022

Robin M. Meriweather
2022.02.02 15:12:50 -05'00'
*Issuing officer's signature*

City and state:    Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)* 02/02/22 , and the person was arrested on *(date)* 02/08/22 at *(city and state)* Smithfield, NC . |
| Date: 02/08/22        *Arresting officer's signature* |
| SA Brian Sucec    *Printed name and title* |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America | ) Case: 1:22-mj-00020 |
| v. | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 2/2/2022 |
| Matthew Jason Beddingfield | ) Description: COMPLAINT W/ ARREST WARRANT |
| DOB: ▮▮▮▮▮▮▮ | ) |
| _____ | ) |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 111(a)(1) and (b) | —Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon or Inflicting Bodily Injury |
| 18 U.S.C. § 231(a)(3) | —Civil Disorder |
| 18 U.S.C. § 1752(a)(1) and (b)(1)(A) | —Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon |
| 18 U.S.C. § 1752(a)(2) | —Disorderly and Disruptive Conduct in a Restricted Building or Grounds |
| 18 U.S.C. § 1752(a)(4) | —Engaging in Physical Violence in a Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2)(D) | —Disorderly Conduct in a Capitol Building |
| 40 U.S.C. § 5104(e)(2)(E) | —Impeding Passage Through the Capitol Grounds or Buildings |
| 40 U.S.C. § 5104(e)(2)(F) | —Act of Physical Violence in the Capitol Grounds or Buildings |
| 40 U.S.C. § 5104(e)(2)(G) | —Parading, Demonstrating, or Picketing in a Capitol Building |

This criminal complaint is based on these facts:

See attached statement of facts.

**☒** Continued on the attached sheet.

_____
*Complainant's signature*

Brian J. Surer, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___February 2, 2022___

City and state: _____Washington, D.C._____

Robin M. Meriweather
2022.02.02 15:12:25
-05'00'
_____
*Judge's signature*

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

Case 1:22-mj-00020-RMM   Document 6   Filed 02/11/22   Page 3 of 40

Case: 1:22-mj-00020
Assigned to: Judge Meriweather, Robin M.
Assign Date: 2/2/2022
Description: COMPLAINT W/ ARREST WARRANT

# STATEMENT OF FACTS

Your affiant, Brian J. Surer, is a Special Agent with the Federal Bureau of Investigation (FBI). I am assigned to the Raleigh Resident Agency of the FBI Charlotte Field Office in North Carolina. Currently, I am tasked with investigating criminal activity in and around the United States Capitol on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to investigate violations of Federal criminal laws.

The U.S. Capitol is secured twenty-four hours a day by the United States Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification were allowed access inside the Capitol. On January 6, 2021, the exterior plaza of the Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the House Chamber of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The Joint Session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. As noted above, barricades—both temporary and permanent—were in place around the exterior of the Capitol, and USCP were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol. Shortly after 2:00 PM, however, individuals in the crowd forced entry into the Capitol using unlawful methods that included breaking windows and assaulting USCP officers. Others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and the Senate, including the President of the Senate, Vice President Pence, were instructed to and did evacuate the chambers. Accordingly, the Joint Session of Congress was effectively suspended until shortly after 8:00 PM. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the attack on the Capitol, video footage which appeared to be captured on mobile devices of persons present on the scene depicted violations of local and federal law, including scores of individuals inside the Capitol without permission or authority. One such individual is the defendant, MATTHEW JASON BEDDINGFIELD.

## The Identification of Matthew Jason Beddingfield and
## His Participation in the Capitol Breach

On January 6, 2021, while the attack on the Capitol was unfolding, an unprecedented number of posts, pictures, videos, livestreams, and other self-produced cellphone content was being publicly shared across the internet, often by the perpetrators of the attack on the Capitol. Previously unaffiliated private citizens began identifying individuals and groups that attacked law enforcement and breached the Capitol and reporting those leads to the FBI. One such lead identified the defendant in this case, Matthew Jason Beddingfield, a twenty-one-year-old male and a resident of Middlesex, Johnston County, North Carolina.

On January 26, 2021, the Metropolitan Police Department released a PDF containing roughly 175 slides of "Persons of Interest in Unrest-Related Offenses." [1] The following image is taken from Slide # 175.



*IMAGE 1—A slide distributed by the Metropolitan Police Department showing persons of interest in the attack on the Capitol. As further described below, the individual on the right—circled in red—has been identified as Matthew Jason Beddingfield.*

Based on my review of various publicly available online resources, I am aware that sometime in the weeks that followed MPD's release of their Persons of Interest PDF, the individual now known as Beddingfield was associated with two hashtags: #SoggyKidInsider (possibly because he is pictured emerging from the Capitol covered in what appears to be a liquid), and

---

[1] https://mpdc.dc.gov/sites/default/files/dc/sites/mpdc/publication/attachments/POIs%20of%20Interest_1.26.21.pdf

#NaziGrayHat (possibly because he appeared to make a gesture that is commonly associated with the Nazis).

In March 2021, a news media article was published about the role of private citizens in the identification and investigation of Beddingfield.[2] The author of the article supplemented it with a series of tweets. In the article, the journalist reports that private citizens used a website with publicly available facial recognition software to connect the publicly available images of #SoggyKidInsider/#NaziGrayHat to a publicly available mugshot of Beddingfield. The mugshot was taken following Beddingfield's arrest in December 2019 for local charges out of the Johnston County, North Carolina, District Attorney's office.



*IMAGE 2—A composite image showing Beddingfield's mugshot (top left) and an edited photograph of Beddingfield taken by Amy Harris on Capitol grounds on January 6, as created and published by HuffPost.*

---

[2] *See* Ryan J. Reilly & Jesselyn Cook, *The Hidden Hand Of Facial Recognition In The Capitol Insurrection Manhunt*, HUFFPOST (Mar. 26, 2021, 4:12 PM), https://www.huffpost.com/entry/facial-recognition-capitol-matthew-beddingfield_n_605cc93fc5b67ad3871dad4e; @HuffPost, TWITTER (Mar. 26, 2021, 5:30 PM), https://twitter.com/HuffPost/status/1375560691533324288; Ryan J. Reilly (@ryanjreilly), TWITTER (Apr. 6, 2021, 2:30 PM), https://twitter.com/ryanjreilly/status/1379501786873102338.

After January 6, 2021, ProPublica collected and organized videos that users uploaded to Parler (another social media site). Private citizens noted that one such video shows an individual now known to be Beddingfield walking out of the North Door of the Capitol at approximately 3:07 PM.[3] On February 22, 2021, a Twitter account with the name #SeditionHunters (@SeditionHunters) shared a composite image asking for the public's assistance in identifying #soggykidinsider.[4]

 

*IMAGE 3 and IMAGE 4 (l to r)— A screenshot of Beddingfield exiting the Capitol taken from a Parler video on ProPublica's website "What Parler Saw During the Attack on the Capitol"; and a tweet from @SeditionHunters asking for assistance from the public in identifying the individual in the three pictures.*

## Evidence Supporting the Identification of Matthew Jason Beddingfield

In the news media article about Beddingfield, reporters refer to an interview with an individual known as J.B., a man who identifies himself as Matthew Jason Beddingfield's father.[5] In the article, J.B. told the reporter "that his son wasn't at the Capitol on Jan. 6, and that indeed Matthew had never been there before at all." [6] Photographs posted on November 15, 2020, to J.B.'s publicly viewable Facebook account show that the father and son appear to have previously traveled to Washington, D.C., to attend an event that called itself the Million MAGA March.[7]

---

[3] https://projects.propublica.org/parler-capitol-videos/?id=XBDMuKJHZYGP

[4] @SeditionHunters, TWITTER (Feb. 22, 2021, 1:10 PM), https://twitter.com/SeditionHunters/status/1363898991012962203.

[5] *See* fn. 2.

[6] *Id.*

[7] https://www.bbc.com/news/world-us-canada-54945154

 

*IMAGE 5* and *IMAGE 6*—Screenshots of posts made on J.B's publicly available Facebook page dated November 14, 2020, and November 15, 2020.

  

*IMAGE 7, IMAGE 8,* and *IMAGE 9*—Three photographs showing an individual that appears to be J.B.and his son, Matthew Jason Beddingfield in Washington, D.C., in November 2020.

The two individuals from Image 7 appear to match the individuals pictured in a December 2020 local news video showing a court proceeding for Matthew Beddingfield, further corroborating the identity, flags, and footwear of Matthew Beddingfield.[8]

 

*IMAGE 10 and IMAGE 11—Screenshots from a WRAL news report on the Walmart parking lot shooting, a crime to which Matthew Beddingfield has since pled and been sentenced.*

On January 6, 2021, J.B. posted publicly to Facebook, stating: WE ARE HERE TO TAKE THIS COUNTRY BACK FROM THOSE COMMIE BASTARDS. When one commenter asked if he was in Washington again, J.B. replied, "Yessir."



*IMAGE 12—Screenshot of a post made on J.B.'s publicly available Facebook page dated January 6, 2021.*

---

[8] https://www.wral.com/father-of-accused-shooter-at-smithfield-walmart-this-wouldn-t-have-happened-if-he-hadn-t-been-robbed/18832057/; *see also* fn. 2.

## Beddingfield's Known Activities While Outside the U.S. Capitol [9] [10]

After identifying the individual in Image 3 as Matthew Beddingfield, federal agents reviewed the clothing worn by #SoggyKidInsider/#NaziGrayHat on January 6, 2021. Additionally, the photographs from the November 14, 2020 rally were compared to the January 6, 2021 photographs, which yielded visual comparisons. Specifically, Matthew Beddingfield's shoes are the same, as is the silver/metallic flagpole he had with him.



*IMAGE 13, IMAGE 14, and IMAGE 15 (l to r, top to bottom)—A cropped screenshot from a YouTube video (https://youtu.be/N-I5EZjH69Q?t=1620) in which private citizens identified J.B. and Matthew Beddingfield together and a comparison of that screenshot to a photograph of Matthew Beddingfield in Washington, D.C., on Nov. 14, 2020; and a screenshot from the HuffPost's video.*

---

[9] To the extent they are shown, the timestamps are in Coordinated Universal Time (UTC), which on January 6, 2021, was five hours ahead of Eastern Standard Time (EST). For example, a timestamp of 17:00 UTC would indicate an EST of 12:00, or 12:00 PM.

[10] The red rounded squares are not part of the original surveillance footage. They were added during the investigative process to assist anyone who reads the document in quickly finding Conover amongst the sea of rioters.

Having now identified that on January 6, 2021, Matthew Beddingfield was wearing a two-tone gray and black jacket, gray pants, black and white Nike shoes, and holding an American flag on a metal pole, law enforcement identified additional videos and screenshots showing Matthew—now separated from his father—approaching the West Plaza of the Capitol.

 

*IMAGE 16 and IMAGE 17—An image taken from HuffPost reporter Ryan J. Reilly's thread showing Beddingfield walking towards the SW scaffolding of the Western Plaza of the Capitol via the Maryland Walkway sometime between 12:55 PM and 12:57 PM; and a map created by private citizens with a red star indicating the approximate location of Beddingfield in the image (https://jan6attack.com/maps.htm).*

From there, USCP surveillance video shows Beddingfield running onto the West Plaza of the Capitol at approximately 12:57 PM. Beddingfield approaches USCP at the barricade, and when their attention is diverted by the throng of rioters flooding the plaza from the north, he jumps the barricade.





*IMAGE 18* and *IMAGE 19*—*Screenshots taken from USCP surveillance showing Beddingfield approaching the West Plaza and crossing a police barricade.*





*IMAGE 20* and *IMAGE 21*—Screenshots taken from USCP surveillance showing Beddingfield approaching the police line that had fallen back to protect a staircase that leads up to the Capitol and runs under the temporary SW scaffolding; a screenshot from a publicly available video (https://www.bitchute.com/video/mNmU8tvsrkep/) showing Beddingfield jabbing at and striking law enforcement officers with the American flag attached to a metallic flagpole he brought with him to Washington, D.C.



*IMAGE 22—A screenshot taken from USCP surveillance showing Beddingfield jabbing at and striking law enforcement officers with the American flag attached to a metallic flagpole he brought with him to Washington, D.C., at approximately 1:06 PM.*



*IMAGE 23—A photograph that appears to show Beddingfield in the middle of a group of rioters that are clashing with the U.S. Capitol Police on the West Plaza of the Capitol.[16]*

---

[11] Adam Gray (@agrayphoto), TWITTER (Jan. 13, 2021, 8:56 PM), https://twitter.com/agrayphoto/status/1349520772696571905.





*IMAGE 24 and IMAGE 25—A screenshot taken from a publicly available video (https://www.bitchute.com/video/mNmU8tvsrkep/) showing Beddingfield with an outstretched arm held upwards at an angle with the palm down; and USCP surveillance showing Beddingfield making that same gesture on the West Plaza of the Capitol at approximately 1:07 PM.*

Another video shows Beddingfield holding what appears to be a metal rod and throwing it at the police line. Based on my review of this and other videos of the events of the attack on law enforcement carried out on the West Plaza, the rod may be either a piece of the metal flagpole he carried with him or a piece of one of the barricades (AKA bike racks) that rioters pulled away from law enforcement and dismantled.





*IMAGE 26 and IMAGE 27—A screenshot taken from a publicly available video (https://www.bitchute.com/video/mNmU8tvsrkep/) showing Beddingfield throwing what appears to be a metal pole or rod at law enforcement officers; and a photograph that appears to show Beddingfield behind indicted defendant Robert Gieswein (21-CR-24 (EGS)) on the West Plaza as seen on a publicly available website (https://jan6attack.com/individuals/wilddog/1yEH_XgWBkNVqILyoAREryPt2hoqaNLL6.jpeg).*



The 20-year-old from North Carolina appears to have been captured in various photographs and video footage from Jan. 6

*IMAGE 28—A screenshot from the above-cited (fn. 2) HuffPost video showing Beddingfield now on the north side of the West Plaza, standing on a wall and taking a picture of his flag.*





*IMAGE 29 and IMAGE 30—A screenshot taken from a publicly available video (https://jan6archive.com/youtube/qSv4oifsb-g.mp4) showing Beddingfield continuing to scale the steps of the western front of the Capitol; and a screenshot from USCP surveillance showing Beddingfield entering the Capitol via the Upper West Terrace door at approximately 2:38 PM.*





*IMAGE 31* and *IMAGE 32*—USCP surveillance screenshots showing Beddingfield entering via a first floor door on the Upper West Terrace and then parading around the Rotunda with his flag at approximately 2:40 PM.





*IMAGE 33 and IMAGE 34—A screenshot from a publicly available video (https://www.newsflare.com/video/402653/mob-incited-by-trump-storms-interior-of-capitol-including-offices-of-mcconnell-and-pelosi-in-terrifying-act) showing Beddingfield attacking law enforcement with his flag while at the front of a crowd that is attempting to breach a police line near the Old Senate Chamber in the Capitol; and a screenshot from a video provided by a French news media company where the reporter is in the Small Senate Rotunda and Beddingfield—apparently reacting to the effects of a chemical irritant—can be seen in the background.*





**IMAGE 35 and IMAGE 36**— *USCP surveillance showing Beddingfield returning to the Rotunda at approximately 2:54 PM; and USCP surveillance showing Beddingfield entering the foyer between the Rotunda and the East Rotunda Doors at approximately 2:55 PM.*





*IMAGE 37* and *IMAGE 38*—*USCP surveillance showing Beddingfield entering a room of the Capitol at approximately 1:58 PM and returning at approximately 3:02 PM with several bottles of water.*





*IMAGE 39* and *IMAGE 40*—*USCP surveillance showing Beddingfield returning to the foyer between the Rotunda and the East Columbus Door before continuing north via a hallway that runs along the eastern front of the Capitol.*





*IMAGE 41* and *IMAGE 42*—USCP surveillance showing Beddingfield continuing to walk north via the east front corridor and approaching the Senate Chamber.





*IMAGE 43* and *IMAGE 44*—*USCP surveillance showing Beddingfield entering the area just outside the Senate Chamber before returning to the hallway where he appears to take pictures.*





*IMAGE 45 and IMAGE 46—USCP surveillance showing Beddingfield reentering the area just outside the Senate Chamber where a law enforcement appears to gesture for him to leave; and Beddingfield making his way down to the first floor.*





*IMAGE 47* and *IMAGE 48*—USCP surveillance showing Beddingfield exiting the Capitol through the North Door of the Capitol.



*IMAGE 49—A Getty Images photograph taken by Robert Nickelsberg showing Beddingfield walking along the northern side of the Capitol.*

## An Overall Summary of Beddingfield's Conduct, Based on Review of Surveillance and Open-Source Media

On January 6, 2021, Matthew Jason Beddingfield is seen on restricted grounds towards the front of a crowd that is storming up the Maryland Walkway, past the SW Scaffolding. He arrives at the West Plaza of the Capitol at approximately 12:57 PM.

A minute later, at approximately 12:58 PM, Beddingfield jumps over a barricade and charges towards a group of USCP officers who are near the SW Scaffolding. After the crowd surrounds the officers, and at approximately 1:06 PM, Beddingfield attacks the officers, jabbing at them with the metal flagpole he brought with him. At approximately 1:07 PM, Beddingfield then makes the outstretched-arm gesture with his palm down while facing the Capitol.

Over the course of the subsequent twenty minutes or so, Beddingfield crosses from the south side of the West Plaza to the north side. He is next seen standing on a marble parapet on the north side of the West Plaza, and then climbing the stairs to the Upper West Terrace. At approximately 2:38 PM, Beddingfield enters the Capitol.

Once inside, Beddingfield goes up to the Rotunda where he walks some laps, waving his flag and stomping around. Before long, Beddingfield joins a group of rioters who attempt to storm the Senate Wing. He and the mob get as far as the area outside the Old Senate Chamber. Beddingfield is once again towards the front of the group of rioters, and once again, Beddingfield appears to use his metal flagpole to strike or attempt to strike law enforcement officers. Beddingfield and the other rioters return to the Great Rotunda after a chemical irritant is deployed.

From the Rotunda, Beddingfield makes his way east towards the East Rotunda Doors, but instead of leaving, at approximately 2:58 PM, Beddingfield goes into a room of the Capitol and reappears four minutes later with several bottles of water. He makes his way back through the foyer that sits between the Rotunda and the East Rotunda Doors, but instead of exiting, he walks north towards the Senate Wing. While in a corridor that runs along the east front of the Capitol, Beddingfield, uses a drinking fountain to wash out his eyes, stops at a window, and appears to take pictures.

At about 3:04 PM, Beddingfield enters the corridor just outside the Senate Chamber where a Capitol police officer appears to gesture for him to leave. Beddingfield descends the Goodman staircase and at approximately 3:07 PM, he leaves the Capitol, having spent approximately thirty minutes inside the Capitol and over two hours on restricted Capitol grounds.

## Confirmation of Identification of Beddingfield (PROBATION OFFICER)

As stated above, the defendant, Matthew Jason Beddingfield, has recently received a criminal sentence involving probation. As such, he has been assigned a Probation Officer from the North Carolina Department of Public Safety/Community Corrections. His Probation Officer has seen IMAGE 2, IMAGE 3, IMAGE 4, IMAGE 7, IMAGE 9, IMAGE 30, and IMAGE 49 contained in this document. His Probation Officer identified the individual in each of those images as Matthew Jason Beddingfield.

## Probable Cause to Issue Arrest Warrant for Matthew Jason Beddingfield

Based on the foregoing, your affiant submits there is probable cause to believe that MATTHEW JASON BEDDINGFIELD violated **18 U.S.C. § 111(b)**, which makes it unlawful to use a deadly or dangerous weapon to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in 18 U.S.C. § 1114 while engaged in or on account of the performance of official duties.

For purposes of 18 U.S.C. § 111, a designated person includes any officer or employee of the United States or of any agency in any branch of the United States Government (including any member of the uniformed services), or any person assisting such an officer or employee in the performance of or on account of official duties.

Your affiant further submits there is probable cause to believe that MATTHEW JASON BEDDINGFIELD violated **18 U.S.C. § 231(a)(3)**, which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function.

For purposes of 18 U.S.C. § 231, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes.

Your affiant further submits that there is probable cause to believe that MATTHEW JASON BEDDINGFIELD violated **18 U.S.C. § 1752(a)(1)**—which makes it a crime to use or carry a deadly or dangerous weapon during and in relation to knowingly entering or remaining in any restricted building or grounds without lawful authority to do so; **18 U.S.C. § 1752(a)(2)**—which makes it a crime to use or carry a deadly or dangerous weapon during and in relation to knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engaging in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; and **18 U.S.C. § 1752(a)(4)**—which makes it a crime to use or carry a deadly or dangerous weapon during and in relation to knowingly engaging in any act of physical violence against any person or property in any restricted building or grounds; or attempting or conspiring to do so.

For purposes of 18 U.S.C. § 1752, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that MATTHEW JASON BEDDINGFIELD violated **40 U.S.C. § 5104(e)(2)(D)** through **(G)**, which make it a crime to willfully and knowingly **(D)** utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; **(E)** obstruct, or impede passage through or within, the Grounds or any of the Capitol Buildings; **(F)** engage in an act of physical violence in the Grounds or any of the Capitol Buildings; and **(G)** parade, demonstrate, or picket in any of the Capitol Buildings.

Brian J. Surer
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 2nd day of February 2022.

Robin M. Meriweather
2022.02.02 15:14:17
-05'00'

HON. ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case: 1:22-mj-00020<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 2/2/2022<br>Description: COMPLAINT W/ ARREST WARRANT |

**UNITED STATES OF AMERICA**            :

          v.                                              :

                               :

**MATTHEW JASON BEDDINGFIELD,**      :  **VIOLATIONS:**

                               :  **18 U.S.C. §§ 111(a)(1) and (b)**

                               :  **(Assaulting, Resisting, or Impeding Certain**

**Defendant.**                                      :  **Officers Using a Dangerous Weapon or**

                               :  **Inflicting Bodily Injury)**

                               :  **18 U.S.C. § 231(a)(3)**

                               :  **(Civil Disorder)**

                               :  **18 U.S.C. § 1752(a)(1) and (b)(1)(A)**

                               :  **(Entering and Remaining in a Restricted**

                               :  **Building or Grounds with a Deadly or**

                               :  **Dangerous Weapon)**

                               :  **18 U.S.C. § 1752(a)(2)**

                               :  **(Disorderly and Disruptive Conduct in a**

                               :  **Restricted Building or Grounds)**

                               :  **18 U.S.C. § 1752(a)(4)**

                               :  **(Engaging in Physical Violence in a**

                               :  **Restricted Building or Grounds)**

                               :  **40 U.S.C. § 5104(e)(2)(D)**

                               :  **(Disorderly Conduct in a Capitol Building)**

                               :  **40 U.S.C. § 5104(e)(2)(E)**

                               :  **(Impeding Passage Through the Capitol**

                               :  **Grounds or Buildings)**

                               :  **40 U.S.C. § 5104(e)(2)(F)**

                               :  **(Act of Physical Violence in the Capitol**

                               :  **Grounds or Buildings)**

                               :  **40 U.S.C. § 5104(e)(2)(G)**

                               :  **(Parading, Demonstrating, or Picketing in a**

                               :  **Capitol Building)**

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1

1.  IT IS THEREFORE Ordered that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until both the arrest warrants are executed.

2.  IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Robin M. Meriweather
2022.02.02 15:11:17
-05'00'

UNITED STATES MAGISTRATE JUDGE

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-MJ-1101-JG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| Matthew Jason Beddingfield, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, as added by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (21 Oct. 2020), the court hereby confirms that in this case the government is subject to the disclosure obligation of the prosecution recognized in *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. *Brady* provides that "the suppression by the prosecution of evidence favorable to an accused upon request violates due process where the evidence is material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution." *Id.* at 87. Failure by the government to comply in this case with its disclosure obligation under *Brady* and its progeny, in violation of this order or otherwise, can result in reversal of a conviction, vacation of a sentence, and imposition of sanctions against the individuals responsible for the violation, among other consequences.

SO ORDERED, this 9th day of February, 2022.

_____
James E. Gates
United States Magistrate Judge

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   5:22-mj-1101-JG |
| Matthew Beddingfield | ) | |
| _____ | ) | Charging District's Case No.   1:22-mj-00020 |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   DC

I have been informed of the charges and of my rights to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)  an identity hearing to determine whether I am the person named in the charges;

(3)  production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)  a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)  a hearing on any motion by the government for detention;

(6)  request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐  an identity hearing and production of the warrant.

☐  a preliminary hearing.

☐  a detention hearing.

☑  an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my
☑ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  2/11/22

*Susan Henry* for *Matthew Beddingfield*
*Defendant's signature*

*Signature of defendant's attorney*

Susanna Henry
*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   5:22-MJ-01101-JG |
| Matthew Beddingfield | ) | |
| | ) | Charging District's |
| _____ | ) | Case No.   1:22-mj-20 |
| *Defendant* | ) | |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of Columbia ,

*(if applicable)* _____ division.  The defendant may need an interpreter for this language:

_____ .

The defendant:   ❑ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   2/11/2022 _____      *Robert T Numbers II* _____

*Judge's signature*

ROBERT T. NUMBERS, II, U.S. MAGISTRATE JUDGE

*Printed name and title*

AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

United States of America
v.

Matthew Jason Beddingfield
*Defendant*

)
)
)
)
)

Case No.        5:22-MJ-1101-JG

## ORDER SCHEDULING IDENTITY, PRELIMINARY AND  DETENTION HEARINGS

A detention hearing in this case is scheduled as follows:

| Place: | Terry Sanford Federal Building 310 New Bern Avenue Raleigh, NC | Courtroom No.: | 5th Floor |
|---|---|---|---|
| | | Date and Time: | 2/14/22 at 10:00 a.m. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    9 February 2022

_____
*Judge's signature*

James E Gates, United States Magistrate Judge
*Printed name and title*



# 5:22mj1101, USA v. Beddingfield

US District Court Criminal Docket

United States District Court, North Carolina Eastern

(Western Division)

**This case was retrieved on 02/11/2022**

## Header

**Date Filed:** 02/07/2022

**Other Docket:** Other court case number: 1:22mj00020 District of Columbia

**Class Code:** Open

**Closed:**

## Participants

### Defendant

**Name**

Matthew Jason Beddingfield

**Attorneys**

Susanna E. Henry

LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Federal Public Defender - EDNC

150 Fayetteville Street Mall, Suite 450

Raleigh, NC 27601

USA

susanna_henry@fd.org

919-856-4236Fax: 919-856-4477

## Charges                                    ## Disposition

**Complaints:** 18 U.S.C. §§ 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon or Inflicting Bodily Injury;  18 U.S.C. § 231(a)(3) - Civil Disorder;  18 U.S.C. § 1752(a)(1) and (b)(1)(A) - Entering and Remaining in a Restricted Building or Grounds

5:22mj1101, USA v. Beddingfield

with a Deadly or Dangerous Weapon;  18 U.S.C. §
1752(a)(2) - Disorderly and Disruptive Conduct in a
Restricted Building or Grounds;  18 U.S. C. § 1752(a)(4) -
Engaging in Physical Violence in a Restricted Building or
Grounds;  40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in
a Capitol Building;  40 U.S. C. § 5104(e)(2)(E) - Impeding
Passage Through the Capitol Grounds or Buildings;  40 U.S.
C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol
Grounds or Buildings;  40 U.S.C. § 5104(e)(2)(G) - Parading,
Demonstrating, or Picketing in a Capitol Building

**Pending:** none

**Terminated:** none

**Case Assigned To:** Magistrate Judge James E. Gates

## U.S. Attorneys

Barbara D. Kocher

LEAD ATTORNEY;ATTORNEY TO BE NOTICED

United States Attorney's Office - EDNC

150 Fayetteville Street, Suite 2100

Raleigh, NC 27601

USA

barb.kocher@usdoj.gov

919-856-4530Fax: 856-4487Designation: Assistant US Attorney

## Proceedings

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 1 | 02/07/2022 | Arrest (Rule 5) of Matthew Jason Beddingfield. (Horton, B.) (Additional attachment(s) added on 2/7/2022: # 1 Order to Seal, # 2 Arrest Warrant) (Horton, B.). (Entered: 02/07/2022) | |
| | 02/07/2022 | Set Hearing as to Matthew Jason Beddingfield: Initial Appearance set for 2/9/2022 at 10:00 AM in Raleigh - 6th Floor Courtroom before Magistrate Judge James E. Gates. (Horton, B.) (Entered: 02/07/2022) | |
| 2 | 02/09/2022 | CJA 23 Financial Affidavit by Matthew Jason Beddingfield. (Horton, B.) (Entered: 02/09/2022) | |

5:22mj1101, USA v. Beddingfield

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
|  | 02/09/2022 | ORAL MOTION to Unseal Case filed by USA as to Matthew Jason Beddingfield. (Horton, B.) (Entered: 02/09/2022) |  |
|  | 02/09/2022 | ORAL ORDER granting Oral Motion to Unseal Case as to Matthew Jason Beddingfield (1). Entered by Magistrate Judge James E. Gates on 2/9/2022. (Horton, B.) (Entered: 02/09/2022) |  |
| 3 | 02/09/2022 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Matthew Jason Beddingfield. Signed by Magistrate Judge James E. Gates on 2/9/2022. (Horton, B.) (Entered: 02/09/2022) |  |
|  | 02/09/2022 | ORAL MOTION for Detention filed by USA as to Matthew Jason Beddingfield. (Horton, B.) (Entered: 02/09/2022) |  |
|  | 02/09/2022 | ORAL ORDER REGARDING DUE PROCESS PROTECTIONS ACT as to Matthew Jason Beddingfield. Entered by Magistrate Judge James E. Gates on 2/9/2022. (Horton, B.) (Entered: 02/09/2022) |  |
| 4 | 02/09/2022 | ORDER REGARDING DUE PROCESS PROTECTIONS ACT as to Matthew Jason Beddingfield. Signed by Magistrate Judge James E. Gates on 2/9/2022. (Horton, B.) (Entered: 02/09/2022) |  |
| 5 | 02/09/2022 | Minute Entry for proceedings held before Magistrate Judge James E. Gates in Raleigh.Initial Appearance in Rule 5 Proceedings as to Matthew Jason Beddingfield held on 2/9/2022. Assistant U.S. Attorney present for government. Government moves to unseal case in its entirety. The court allows the government's motion to unseal. Defendant requests counsel. Federal Public Defender appointed. Defendant advised of rights, charges and maximum punishments. Government moves for detention. Identity, Preliminary and Detention Hearings set for 2/14/2022 at 10:00 AM in Raleigh - 5th Floor Courtroom before Magistrate Judge Robert T. Numbers II. The court confirmed to counsel for the government and for defendants both orally and in writing the disclosure obligation of the prosecution under Brady and its progeny and possible consequences of violation of the obligation under applicable law. Defendant remanded to the custody of the U.S. Marshal.- FTR) (Horton, B.) Modified on 2/9/2022 to add language regarding the Due Process Protections Act (Horton, B.). (Entered: 02/09/2022) |  |
| 6 | 02/09/2022 | ORDER OF TEMPORARY DETENTION as to Matthew Jason Beddingfield. Identity, Preliminary and Detention Hearings set for 2/14/2022 at 10:00 AM in Raleigh - 5th Floor Courtroom before Magistrate Judge Robert T. Numbers II.Signed by Magistrate Judge James E. Gates on 2/9/2022. (Horton, B.) (Entered: |  |

5:22mj1101, USA v. Beddingfield

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | 02/09/2022) | |
| 7 | 02/10/2022 | Notice of Attorney Appearance: Susanna E. Henry appearing for Matthew Jason Beddingfield . (Henry, Susanna) (Entered: 02/10/2022) | |
| 8 | 02/10/2022 | Request for discovery filed by Matthew Jason Beddingfield . (Henry, Susanna) (Entered: 02/10/2022) | |
| 9 | 02/11/2022 | Waiver of Rule 5(c)(3) Hearing by Matthew Jason Beddingfield. (Henry, Susanna) (Entered: 02/11/2022) | |
| | 02/11/2022 | TEXT ORDER as to Matthew Jason Beddingfield - Based on the Waiver of Rule 5 & 5.1 Hearings signed by the Defendant's attorney on the Defendant's behalf at DE 9 stating that the defendant agrees to waive his rights to an identity hearing, production or the judgment, warrant, and warrant application, and any preliminary hearing or detention hearing to which he may be entitled to in this district and requests that his preliminary and/or detention hearings he held in the prosecuting district, the court finds that the Defendant is the person named in the complaint from the District of Columbia and hereby remands the defendant to the custody of the US Marshal for transport to the District of Columbia for future proceedings. Entered by Magistrate Judge Robert T. Numbers, II on 2/11/2022. (Brewer, C) (Entered: 02/11/2022) | |
| 10 | 02/11/2022 | COMMITMENT TO ANOTHER DISTRICT as to Matthew Jason Beddingfield. Defendant committed to District of Columbia.. Signed by Magistrate Judge Robert T. Numbers, II on 2/11/2022. (Brewer, C) (Entered: 02/11/2022) | |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

End of Document