IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW JASON BEDDINGFIELD | Case No:  22-mj-00020-RMM |

## NOTICE OF APPEARANCE

Counsel, Kyana K. Givens, respectfully provides this Honorable Court with Notice of Appearance of Counsel on behalf of defendant, Matthew Jason Beddingfield.

Respectfully submitted this 22nd day of February, 2022.

>FEDERAL PUBLIC DEFENDER OF
>EDNC RALEIGH
>
>By:    */s/ Kyana Givens*
>KYANA GIVENS
>Assistant Federal Public Defender
>Attorney for Defendant
>Office of the Federal Public Defender
>150 Fayetteville Street, Suite 450
>Raleigh, North Carolina  27601
>Telephone:  919-856-4236
>Fax:  919-856-4477
>E-mail:  Kyana_Givens@fd.org
>Washington Bar No. 37670
>LR 57.1 Counsel Appointed

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy to be served on all counsel of record via CM/ECF on this February 22, 2022.

*/s/ Kyana Givens*