FD-597 (Rev. 4-13-2015)                                                      Page 1 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 176-CE-3241125

On (date): 2/8/2022

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): N/A

(Street Address): [REDACTED]

(City): Middlesex, NC

Description of Item(s):

1) One (1) Taurus G3, 9mm caliber, S/N ABE594376 handgun
2) 17 rounds of 9mm ammunition
3) One (1) H&R Model 733, .32 caliber, S/N AB10593 handgun
4) Five (5) rounds of .32 caliber ammunition
5) Two (2) shoes, Nike brand, black in color, size US 12
6) One (1) Hi-Point, Model C9, 9mm caliber, S/N P1295585 handgun
7) Seven (7) rounds of 9mm ammunition
8) One (1) Smith & Wesson, .357 magnum, S/N DAN8615 handgun
9) One (1) Mossberg International 715T, .22 caliber, S/N EMD3734313 rifle
10) One (1) Sig Sauer, Sigm 400, 5.56 caliber, S/N 20J053572, rifle
11) One (1) Apple iPad, white/silver in color, S/N GG7YL6H5JF8
12) 16 rounds of .22 caliber ammunition

Received By: _____ (Signature)

Printed Name/Title: SA Pete Mitts, FBI

Received From: Tina Beddingfeld (Signature)

Printed Name/Title: Tina Beddingfeld

FD-597 (Rev. 4-13-2015)

Page 2 of 2

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 176-CE 3241175

On (date): 7/8/2021

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): U/A

(Street Address): [redacted]

(City): Middlesex, NC

Description of Item(s):

13) One (1) Western Field, Model 740, 30-30 caliber, S/N 6929959, rifle

14) One (1) MAS, 7.5 caliber, S/N HS2970, rifle

//NOTHING FURTHER

Received By: _____ (Signature)

Printed Name/Title: SA Pete M___, FBI

Received From: _____ (Signature)

Printed Name/Title: Tina B_____

AO 93 (Rev 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>INFORMATION<br>THE PREMISES AT ▮▮▮▮▮▮▮▮▮▮▮▮<br>MIDDLESEX, JOHNSTON COUNTY, NORTH<br>CAROLINA 27557 | )<br>)<br>)  Case No. 5:22-mj-1099-BM<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Eastern     District of     North Carolina
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

☑ YOU ARE COMMANDED to execute this warrant on or before     February 20, 2022     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     any EDNC U.S. Magistrate Judge    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     February 6, 2022; 7:34 pm             /s/ *(Judge's signature)*

City and state:     Raleigh, NC             BRIAN S. MEYERS, U.S. Magistrate Judge
*Printed name and title*