**STATE OF NORTH CAROLINA**
JOHNSTON County, SMITHFIELD Seat of Court

File No. 20CRS000111  51

NOTE: [Use AOC-CR-310 for DWI offense(s).]

In The General Court Of Justice
☐ District  ☒ Superior Court Division

**STATE VERSUS**

**JUDGMENT SUSPENDING SENTENCE - FELONY**
**PUNISHMENT:** ☐ COMMUNITY  ☒ INTERMEDIATE
(STRUCTURED SENTENCING)
(For Offenses Committed On Or After Dec. 1, 2016)
G.S. 15A-1341, -1342, -1343, -1343.2, -1346

Name Of Defendant: BEDDINGFIELD, MATTHEW, JASON
Race: W  Sex: M  Date Of Birth: [redacted] 2000

Attorney For State: KRISTIN MICHELE TERWEY
☐ Def. Found Not Indigent  ☐ Def. Waived Attorney
Attorney For Defendant: W. ROBERT DENNING III
☐ Appointed  ☒ Retained  Crt Rptr Initials: IOW

The defendant was found guilty/responsible, pursuant to  ☒ plea  ☒ pursuant to Alford  ☐ of no contest  ☐ trial by judge  ☐ trial by jury, of

| File No.(s) | Off. | Offense Description | Offense Date | G.S. No. | F/M | CL. | *Pun. CL. |
|---|---|---|---|---|---|---|---|
| 20CRS000111 | 51 | AWDW SERIOUS INJURY | 12/13/2019 | 14-32(B) | F | E | |

*NOTE: Enter punishment class if different from underlying offense class (punishment class represents a status or enhancement).

The Court ☒ 1. has determined, pursuant to G.S. 15A-1340.14, the prior record points of the defendant to be __00__.
Any prior record level point under G.S. 15A-1340.14(b)(7) is based on the determination of this issue by the trier of fact beyond a reasonable doubt or the defendant's admission to this issue.
☐ 2. makes no prior record level finding because none is required.

PRIOR RECORD LEVEL: ☒ I  ☐ II  ☐ III  ☐ IV  ☐ V  ☐ VI

The Court (NOTE: Block 1 or 2 MUST be checked.):
☒ 1. makes no written findings that the prison term imposed is within the presumptive range of sentences authorized under G.S. 15A-1340.17(c).
☐ 2. makes the Determination of aggravating and mitigating factors on the attached AOC-CR-605.
☐ 3. makes the Findings of Extraordinary Mitigation set forth on the attached AOC-CR-606.
☐ 4. imposes sentence under ☐ G.S. 90-95(h)(5), pursuant to its finding that the defendant has provided substantial assistance. ☐ G.S. 90-95(h)(5a), pursuant to its findings on the attached ☐ AOC-CR-618. ☐ Other: _____
☐ 5. adjudges the defendant to be (check only one) ☐ a habitual felon to be sentenced four classes higher than the principal felony (no higher than Class C). ☐ a habitual breaking and entering status offender, to be sentenced as a Class E felon.
☐ 6. finds enhancement pursuant to: ☐ G.S. 90-95(e)(3) (drugs). ☐ G.S. 14-3(c) (hate crime). ☐ G.S. 50B-4.1 (domestic violence). ☐ G.S. 14-50.22 (gang misdemeanor). ☐ Other: _____. This finding is based on the determination of this issue by the trier of fact beyond a reasonable doubt or the defendant's admission.
☐ 7. finds the above-designated offense(s) is a reportable conviction under G.S. 14-208.6 and therefore imposes the special conditions of probation set forth on the attached AOC-CR-603D, Page Two, Side Two, and makes the additional findings and orders on the attached AOC-CR-615, Side Two.
☐ 8. finds the above-captioned offense(s) involve the (check all that apply) ☐ physical or mental ☐ sexual abuse of a minor. (If No. 7 not found) and therefore imposes the special conditions of probation set forth on the attached AOC-CR-603D, Page Two, Side Two.
☐ 9. finds that a ☐ motor vehicle ☐ commercial motor vehicle was used in the commission of the offense and that it shall be reported to DMV.
☐ 10. finds this is an offense involving assault, communicating a threat, or an act defined in G.S. 50B-1(a), and the defendant had a personal relationship as defined by G.S. 50B-1(b) with the victim.
☐ 11. (offenses committed on or after Dec. 1, 2017, only) finds that the offense was committed as part of criminal gang activity as defined in G.S. 14-50.16A(2) and that the defendant was a criminal gang leader or organizer as defined in G.S. 14-50.16A(3). This finding is based on the determination of this issue by the trier of fact beyond a reasonable doubt or on the defendant's admission.
☐ 12. finds the above-designated offense(s) involved (check one) ☐ (offenses committed Dec. 1, 2016 - Nov. 30, 2017) criminal street gang activity ☐ (offenses committed on or after Dec. 1, 2017) criminal gang activity. G.S. 14-50.25.
☐ 13. did not grant a conditional discharge under G.S. 90-96(a) because (check all that apply) ☐ the defendant refused to consent. ☐ the Court finds, with the agreement of the District Attorney, that the offender is inappropriate for a conditional discharge for factors related to the offense.
☐ 14. finds that the defendant used or displayed a firearm while committing the felony. G.S. 15A-1382.2.
☐ 15. finds that the offense involved child abuse or assault or an act defined in G.S. 50B-1(a) against a minor. G.S. 15A-1382.1(a1).

The Court, having considered evidence, arguments of counsel and statement of defendant, Orders that the above offenses, if more than one, be consolidated for judgment and the defendant be imprisoned

for a minimum term of __25__ months  for a maximum term of __42__ months in the custody of the N.C. DACJJ.
☐ This sentence shall run at the expiration of sentence imposed in file number _____.
The defendant shall be given credit for __20__ days spent in confinement prior to the date of this Judgment as a result of this charge(s) to be applied toward the ☐ sentence imposed above. ☒ imprisonment required for special probation set forth on AOC-CR-603D, Page Two.

**SUSPENSION OF SENTENCE**

Subject to the conditions set out below, the execution of this sentence is suspended and the defendant is placed on  ☒ supervised  ☐ unsupervised probation for __24__ months.
☐ 1. The Court finds that a ☐ longer ☐ shorter period of probation is necessary than that which is specified in G.S. 15A-1343.2(d).
☐ 2. The Court finds that it is NOT appropriate to delegate to the Section of Community Corrections the authority to impose any of the requirements in G.S. 15A-1343.2(e) for community punishment or G.S. 15A-1343.2(f) for intermediate punishment.
☐ 3. This period of probation shall begin ☐ when the defendant is released from incarceration ☐ at the expiration of the sentence in the case below.

| File No. | Offense | County | Court | Date |
|---|---|---|---|---|
| | | | | |

☐ 4. The defendant shall comply with the conditions set forth in file number _____.
☒ 5. The defendant shall provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319 required)

**MONETARY CONDITIONS**

The defendant shall pay to the Clerk of Superior Court the "Total Amount Due" shown below, plus the probation supervision fee if placed on supervised probation above, pursuant to a schedule ☒ determined by the probation officer. ☐ set out by the court as follows: _____

| Costs | Fine | Restitution* | Attorney's Fees | Comm Serv Fee | EHA Fee | SBM Fee | Appt Fee/Misc | Total Amount Due |
|---|---|---|---|---|---|---|---|---|
| $ 428.00 | $ | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 428.00 |

*See attached "Restitution Worksheet, Notice And Order (Initial Sentencing)" AOC-CR-611, which is incorporated by reference.
☐ The Court finds just cause to waive costs, as ordered on the attached ☐ AOC-CR-618. ☐ Other: _____
☐ Upon payment of the "Total Amount Due," the probation officer may transfer the defendant to unsupervised probation.

Material opposite unmarked squares is to be disregarded as surplusage.
AOC-CR-603D, Rev. 12/20, © 2020 Administrative Office of the Courts  (Over)

AMENDED

| | **REGULAR CONDITIONS OF PROBATION - G.S. 15A-1343(b)** | |

NOTE: *Any probationary judgment may be extended pursuant to G.S. 15A-1342.* The defendant shall: (1) Commit no criminal offense in any jurisdiction. (2) Possess no firearm, explosive device, or other deadly weapon listed in G.S. 14-269. (3) Remain gainfully and suitably employed or faithfully pursue a course of study or vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) Satisfy child support and family obligations, as required by the Court. (5) Submit to the taking of digitized photographs, including photographs of the defendant's face, scars, marks, and tattoos, to be included in the defendant's records.
<u>If the defendant is on supervised probation, the defendant shall also:</u> (6) Not abscond, by willfully avoiding supervision or by willfully making the defendant's whereabouts unknown to the supervising probation officer. (7) Remain within the jurisdiction of the Court unless granted written permission to leave by the Court or the probation officer. (8) Report as directed by the Court or the probation officer to the officer at reasonable times and places and in a reasonable manner, permit the officer to visit at reasonable times, answer all reasonable inquiries by the officer and obtain prior approval from the officer for, and notify the officer of, any change in address or employment. (9) Notify the probation officer if the defendant fails to obtain or retain satisfactory employment. (10) Submit at reasonable times to warrantless searches by a probation officer of the defendant's person and of the defendant's vehicle and premises while the defendant is present, for purposes directly related to the probation supervision, but the defendant may not be required to submit to any other search that would otherwise be unlawful. (11) Submit to warrantless searches by a law enforcement officer of the defendant's person and of the defendant's vehicle, upon a reasonable suspicion that the defendant is engaged in criminal activity or is in possession of a firearm, explosive device, or other deadly weapon listed in G.S. 14-269 without written permission of the court. (12) Not use, possess, or control any illegal drug or controlled substance unless it has been prescribed for the defendant by a licensed physician and is in the original container with the prescription number affixed on it; not knowingly associate with any known or previously convicted users, possessors, or sellers of any such illegal drugs or controlled substances; and not knowingly be present at or frequent any place where such illegal drugs or controlled substances are sold, kept, or used. (13) Supply a breath, urine, or blood specimen for analysis of the possible presence of prohibited drugs or alcohol when instructed by the defendant's probation officer for purposes directly related to the probation supervision. If the results of the analysis are positive, the probationer may be required to reimburse the Division of Adult Correction and Juvenile Justice for the actual costs of drug or alcohol screening and testing. (14) Waive all rights relating to extradition proceedings if taken into custody outside of this State for failing to comply with the conditions imposed by the court.

☐ 15. The Court finds that the defendant is responsible for acts of domestic violence and therefore makes the additional findings and orders on the attached AOC-CR-603D, Page Two, Side Two.

| | **SPECIAL CONDITIONS OF PROBATION - G.S. 15A-1343(b1)** | |

The defendant shall also comply with the following special conditions which the Court finds are reasonably related to the defendant's rehabilitation:

☐ 16. Surrender the defendant's drivers license to the Clerk of Superior Court for transmittal/notification to the Division of Motor Vehicles and not operate a motor vehicle for a period of _____ or until relicensed by the Division of Motor Vehicles, whichever is later.

☐ 17. Successfully pass the General Education Development Test (G.E.D.) during the first _____ months of the period of probation.

☐ 18. Complete _____ hours of community service during the first _____ days of the period of probation, as directed by the judicial services coordinator. The fee prescribed by G.S. 143B-708 is
  ☐ not due because it is assessed in a case adjudicated during the same term of court.
  ☐ to be paid   ☐ pursuant to the schedule set out under Monetary Conditions on the reverse.   ☐ within _____ days of this Judgment and before beginning service.

☐ 19. Report for initial evaluation by _____, participate in all further evaluation, counseling, treatment, or education programs recommended as a result of that evaluation, and comply with all other therapeutic requirements of those programs until discharged.

☐ 20. Not assault, threaten, harass, be found in or on the premises or workplace of, or have any contact with _____. "Contact" includes any defendant-initiated contact, direct or indirect, by any means, including, but not limited to, telephone, personal contact, e-mail, pager, gift-giving, telefacsimile machine or through any other person, except _____.

☐ 21. Abstain from alcohol consumption and submit to continuous alcohol monitoring for a period of _____ ☐ days, ☐ months, the Court having found that a substance abuse assessment has identified defendant's alcohol dependency or chronic abuse.

☒ 22. Other:
REMAIN EMPLOYED AT LEAST 25 HRS/WEEK; PAY $100 PER MONTH BEGINNING 9/1/21 TOWARD COURT COSTS; AFTER 12 MONTHS IF ALL MONIES ARE PAID & IN COMPLIANCE THE DEF CAN BE TRANSFERRED TO UNSUPERVISED; WAIVE SUPERVISION FEES

☒ 23. Comply with the Special Conditions Of Probation which are set forth on AOC-CR-603D, Page Two.

AMENDED

| | **ORDER OF COMMITMENT/APPEAL ENTRIES** | |

☐ 1. It is ORDERED that the Clerk deliver **two** certified copies of this Judgment and Commitment to the sheriff or other qualified officer and that the officer cause the defendant to be delivered with these copies to the custody of the agency named on the reverse to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

☐ 2. The defendant gives notice of appeal from the judgment of the trial court to the Appellate Division. Appeal entries and any conditions of post conviction release are set forth on form AOC-CR-350.

| | **SIGNATURE OF JUDGE** | |

| Date | Name Of Presiding Judge (type or print) | Signature Of Presiding Judge |
|---|---|---|
| 08/16/2021 | THE HONORABLE JAMES F AMMONS JR. | |

| | **CERTIFICATION** | |

I certify that this Judgment and the attachment(s) marked below is a true and complete copy of the original which is on file in this case.

☐ 1. Appellate Entries (AOC-CR-350)
☐ 2. Judgment Suspending Sentence (AOC-CR-603D, Page Two) (additional conditions of probation)
☐ 3. Felony Judgment Findings Of Aggravating And Mitigating Factors (AOC-CR-605)
☐ 4. Extraordinary Mitigation Findings (AOC-CR-606)
☐ 5. Restitution Worksheet, Notice And Order (Initial Sentencing) (AOC-CR-611)
☐ 6. Judicial Findings As To Required DNA Sample (AOC-CR-319)
☐ 7. Judicial Findings And Order For Sex Offenders - Suspended Sentence (AOC-CR-615, Side Two)
☐ 8. Convicted Sex Offender Permanent No Contact Order (AOC-CR-620)
☐ 9. Additional File No.(s) And Offense(s) (AOC-CR-626)
☐ 10. Other: _____.

| Date | Date Certified Copies Delivered To Sheriff | Signature Of Clerk | ☐ Deputy CSC   ☐ Asst. CSC   ☐ Clerk Of Superior Court | **SEAL** |
|---|---|---|---|---|

Material opposite unmarked squares is to be disregarded as surplusage.

AOC-CR-603D, Side Two, Rev. 12/20, © 2020 Administrative Office of the Courts

copy to prob.
8/18/21

AMENDED

| STATE VERSUS | File No. 20CRS000111 | 51 |
|---|---|---|

Name Of Defendant
BEDDINGFIELD, MATTHEW, JASON

**NOTE:** Use this page with **AOC-CR-603D**, "Judgment Suspending Sentence - Felony"; **AOC-CR-604D**, "Judgment Suspending Sentence - Misdemeanor"; **AOC-CR-619D**, "Conditional Discharge Under G.S. 90-96(a)"; **AOC-CR-621D**, "Conditional Discharge Under G.S. 14-50.29"; **AOC-CR-627D**, "Conditional Discharge Under G.S. 90-96(a1)"; **AOC-CR-628D**, "Conditional Discharge Under G.S. 14-204(b)"; **AOC-CR-632D**, "Conditional Discharge Under G.S. 15A-1341(a4)"; **AOC-CR-633D**, "Conditional Discharge Under G.S. 15A-1341(a5)"; or **AOC-CR-636D**, "Conditional Discharge Under G.S. 14-277.8"; **for offenses committed on or after Dec. 1, 2016.**

## COMMUNITY AND INTERMEDIATE PROBATION CONDITIONS - G.S. 15A-1343(a1)

In addition to complying with the regular and any special conditions of probation set forth in the "Judgment Suspending Sentence" entered in the above case(s), the defendant shall also comply with the following conditions of probation, which may be imposed for any community or intermediate punishment.

☐ 1. Submit to house arrest with electronic monitoring, remain at the defendant's residence for a period of _____ ☐ days, ☐ months, abide by all rules, regulations, and directions of the probation officer regarding such monitoring, and pay the fees prescribed in G.S. 15A-1343(c) as provided under Monetary Conditions. The defendant may leave the residence for the following purpose(s) and as otherwise permitted by the probation officer: ☐ employment ☐ counseling ☐ a course of study ☐ vocational training.
Other:

☐ 2. Complete _____ hours of community service during the first _____ days of the period of probation, as directed by the judicial services coordinator. The fee prescribed by G.S. 143B-708 is
☐ not due because it is assessed in a case adjudicated during the same term of court.
☐ to be paid ☐ pursuant to the schedule set out under Monetary Conditions in the "Judgment Suspending Sentence." ☐ within _____ days of this Judgment and before beginning service.
Other:

☐ 3. Submit to the following period(s) of confinement in the custody of the ☐ Sheriff of this County. ☐ _____ (other local confinement facility). ☐ and pay jail fees. The defendant shall report in a sober condition to serve the term(s) indicated below.
**NOTE:** Periods of confinement imposed here must be for two-day or three-day consecutive periods, only, for no more than six days in a single month, and in no more than three separate months during the period of probation. To impose special probation under G.S. 15A-1351, see INTERMEDIATE PUNISHMENTS, below.

| Date | Hour | ☐AM ☐PM | for | ☐2 days ☐3 days | Date | Hour | ☐AM ☐PM | for | ☐2 days ☐3 days | Date | Hour | ☐AM ☐PM | for | ☐2 days ☐3 days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Hour | ☐AM ☐PM | for | ☐2 days ☐3 days | Date | Hour | ☐AM ☐PM | for | ☐2 days ☐3 days | Date | Hour | ☐AM ☐PM | for | ☐2 days ☐3 days |
| Date | Hour | ☐AM ☐PM | for | ☐2 days ☐3 days | Date | Hour | ☐AM ☐PM | for | ☐2 days ☐3 days | Date | Hour | ☐AM ☐PM | for | ☐2 days ☐3 days |

☐ 4. Obtain a substance abuse assessment, monitoring, or treatment as follows: _____

☐ 5. Abstain from alcohol consumption and submit to continuous alcohol monitoring for a period of _____ ☐ days, ☐ months, the Court having found that a substance abuse assessment has identified defendant's alcohol dependency or chronic abuse.

☐ 6. Participate in an educational or vocational skills development program as follows: _____

☐ 7. Submit to satellite-based monitoring, if required on the attached AOC-CR-615, Side Two.

## INTERMEDIATE PUNISHMENTS

In addition to complying with the regular and any special, community, or intermediate conditions of probation set forth in the "Judgment Suspending Sentence" or herein for the above case(s), the defendant shall also comply with the following intermediate punishment(s) under G.S. 15A-1340.11(6).

☒ 1. **Special Probation - G.S. 15A-1351**
For the defendant's active sentence as a condition of special probation, the defendant shall comply with these additional regular conditions of probation: (1) Obey the rules and regulations of the Division of Adult Correction and Juvenile Justice governing the conduct of inmates while imprisoned. (2) Report to a probation officer in the State of North Carolina within seventy-two (72) hours of the defendant's discharge from the active term of imprisonment.
☒ A. Serve an active term of __20__ ☒ days ☐ months ☐ hours in the custody of the
☐ N.C. DACJJ. ☒ Sheriff of this County. ☐ Other: _____
(**NOTE:** Noncontinuous periods of special probation may not be served in DACJJ. Also, special probation imposed in misdemeanor sentences on or after Oct. 1, 2014, may not be served in DACJJ.)
☐ B. The defendant shall report in a sober condition to begin serving his/her term on:

| Day | Date | Hour | ☐AM ☐PM | and shall remain in custody until: | Day | Date | Hour | ☐AM ☐PM |
|---|---|---|---|---|---|---|---|---|

☐ C. The defendant shall again report in a sober condition to continue serving this term on the same day of the week for the next _____ consecutive weeks, and shall remain in custody during the same hours each week until completion of the active term ordered.
☐ D. This term shall be served at the direction of the probation officer within _____ ☐ days ☐ months of this judgment.
☐ E. Pay jail fees. ☐ F. Work release is recommended. ☐ G. Substance abuse treatment is recommended.
☒ H. Other: CREDIT FOR TIME SERVED

☐ 2. **Drug Treatment Court - G.S. 15A-1340.11(3a); 15A-1340.11(6)**
Comply with the rules adopted for the program as provided for in Article 62 of Chapter 7A of the General Statutes and report on a regular basis for a specified time to participate in court supervision, drug screening or testing, and drug or alcohol treatment programs.
Other:

## INTERMEDIATE CONDITIONS OF PROBATION - G.S. 15A-1343(b4)

If subject to intermediate punishment, the defendant shall, in addition to the terms and conditions imposed above, comply with the following intermediate conditions of probation. (1) If required by the defendant's probation officer, perform community service under the supervision of the Section of Community Corrections, and pay the fee required by G.S. 143B-708, but no fee shall be due if the Court imposed community service as a special condition of probation and assessed the fee in this judgment or any judgment for an offense adjudicated in the same term of court. (2) Not use, possess, or control alcohol. (3) Remain within the defendant's county of residence unless granted written permission to leave by the court or the defendant's probation officer. (4) Participate in any evaluation, counseling, treatment, or educational program as directed by the probation officer, keeping all appointments by abiding by the rules, regulations, and direction of each program.

Material opposite unmarked squares is to be disregarded as surplusage.
(Over)

AOC-CR-603D, Page Two, Rev. 12/20, © 2020 Administrative Office of the Courts

**AMENDED**

| **MANDATORY SPECIAL CONDITIONS FOR SEX OFFENDERS AND PERSONS CONVICTED OF OFFENSES INVOLVING PHYSICAL, MENTAL, OR SEXUAL ABUSE OF A MINOR - G.S. 15A-1343(b2)** |

**NOTE:** *The following are not defined as intermediate punishments under G.S. 15A-1340.11(6).*
**NOTE:** *Select only one of the three sets of conditions below.*

☐ **1. Special Conditions For Reportable Convictions - G.S. 15A-1343(b2)**
   **NOTE:** *Impose only for a reportable conviction under G.S. 14-208.6.*
   The defendant has been convicted of an offense which is a reportable conviction as defined in G.S. 14-208.6(4) and must
   a. Register as a sex offender and enroll in satellite-based monitoring if required on the attached AOC-CR-615, Side Two.
   b. Participate in such evaluation and treatment as is necessary to complete a prescribed course of psychiatric, psychological, or other rehabilitative treatment as ordered by the court.
   c. Not communicate with, be in the presence of, or found in or on the premises of the victim of the offense.
   ☐ d. *(if the Court finds physical, mental, or sexual abuse of a minor)* Not reside in a household with
      ☐ (1) *(for sexual abuse)* any minor child.
      ☐ (2) *(for physical or mental abuse)* any minor child   ☐ other than the child(ren) named below, for whom the court expressly finds that it is unlikely that the defendant's harmful or abusive conduct will recur and that it would be in the best interest of the child(ren) named below to reside in the same household with the probationer. *(Name minor child(ren) with whom the probationer may reside in the same household):* _____
   e. Submit at reasonable times to warrantless searches by a probation officer of the defendant's person, of the defendant's vehicle and premises, and of the defendant's computer or other electronic mechanism which may contain electronic data, while the defendant is present, for the following purposes which are reasonably related to the defendant's probation supervision:   ☐ child pornography
      ☐ _____
   f. Other: _____

☐ **2. Special Conditions For Offenses Involving The Sexual Abuse Of A Minor - G.S. 15A-1343(b2)**
   **NOTE:** *Impose if offense involved sexual abuse of a minor but is **not** a reportable conviction.*
   The defendant has been convicted of an offense involving the sexual abuse of a minor and must
   a. Participate in such evaluation and treatment as is necessary to complete a prescribed course of psychiatric, psychological, or other rehabilitative treatment as ordered by the court.
   b. Not communicate with, be in the presence of, or found in or on the premises of the victim of the offense.
   c. Not reside in a household with any minor child. (G.S. 15A-1343(b2)(4))
   d. Submit at reasonable times to warrantless searches by a probation officer of the defendant's person, of the defendant's vehicle and premises, and of the defendant's computer or other electronic mechanism which may contain electronic data, while the defendant is present, for the following purposes which are reasonably related to the defendant's probation supervision:   ☐ child pornography
      ☐ _____
   e. Other: _____

☐ **3. Special Conditions For Offenses Involving The Physical Or Mental Abuse Of A Minor - G.S. 15A-1343(b2)**
   **NOTE:** *Impose if offense involved physical or mental abuse of a minor but is **not** a reportable conviction and did **not** involve sexual abuse.*
   The defendant has been convicted of an offense involving the physical or mental abuse of a minor and must
   a. Participate in such evaluation and treatment as is necessary to complete a prescribed course of psychiatric, psychological, or other rehabilitative treatment as ordered by the court.
   b. Not communicate with, be in the presence of, or found in or on the premises of the victim of the offense.
   c. Not reside in a household with
      ☐ (1) any minor child.
      ☐ (2) any minor child other than the child(ren) named below, for whom the court expressly finds that it is unlikely that the defendant's harmful or abusive conduct will recur and that it would be in the best interest of the child(ren) named below to reside in the same household with the probationer. *(Name minor child(ren) with whom the probationer may reside in the same household):* _____
   d. Submit at reasonable times to warrantless searches by a probation officer of the defendant's person, of the defendant's vehicle and premises, and of the defendant's computer or other electronic mechanism which may contain electronic data, while the defendant is present, for the following purposes which are reasonably related to the defendant's probation supervision:   ☐ child pornography
      ☐ _____
   e. Other _____

| **ADDITIONAL CONDITIONS FOR DOMESTIC VIOLENCE** |

☐ 1. Pursuant to its finding that the defendant is responsible for acts of domestic violence, the Court further finds that:
   ☐ a. there is an abuser treatment program, approved by the Domestic Violence Commission, reasonably available to the defendant, who shall:
      ☐ (1) *(for supervised probation)* attend and complete *(check one)*   ☐ *(program name)* _____
         ☐ a program to be identified by the probation officer, and abide by the program's rules. The probation officer shall send a copy of this judgment to the program, which shall notify the officer if the defendant fails to participate or is discharged for violating any of its rules.
      ☐ (2) *(for unsupervised probation)* attend and complete *(check one)*   ☐ *(program name)* _____
         ☐ a program chosen by the defendant, who shall notify the program and the district attorney of that choice within ten (10) days of the entry of this judgment, and abide by the program's rules. The district attorney shall send a copy of this judgment to the program, which shall notify the district attorney if the defendant fails to participate or is discharged for failure to comply with the program or its rules.
   ☐ b. there is no approved abuser treatment program reasonably available.   ☐ c. it would not be in the best interests of justice to order the defendant to complete an abuser treatment program because _____
☐ 2. As additional Special Conditions of Probation, the defendant shall:
   ☐ a. not come within _____ feet of _____ at any time.
   ☐ b. comply fully with any G.S. Chapter 50B Domestic Violence Protective Order in effect.
The above conditions are incorporated in the "Judgment Suspending Sentence" in the above case(s) and made a part thereof.

| Date | Name Of Presiding Judge (type or print) | Signature Of Presiding Judge |
|---|---|---|
| 08/16/2021 | THE HONORABLE JAMES F AMMONS JR. | *[signature]* |

Material opposite unmarked squares is to be disregarded as surplusage.
AOC-CR-603D, Page Two, Side Two, Rev. 12/20, © 2020 Administrative Office of the Courts

| STATE OF NORTH CAROLINA | | No. 20 CRS 111 |
|---|---|---|
| JOHNSTON County | | In The General Court Of Justice<br>☐ District  ☒ Superior Court Division |

**STATE VERSUS**

Name Of Defendant: MATTHEW JASON BEDDINGFIELD

FILED
2021 AUG 17 A 8:41

**TRANSCRIPT OF PLEA**

G.S. 15A-1022, 15A-1022.1

| DOB | Age | Highest Level Of Education Completed |
|---|---|---|
| /2000 | 20 | 12 |

**NOTE:** Use this section ONLY when the Court is rejecting the plea arrangement.
☐ The plea arrangement set forth within this transcript is hereby rejected and the clerk shall place this form in the case file. (Applies to plea arrangements disclosed on or after December 1, 2009.)

| Date | Name Of Presiding Judge (type or print) | Signature Of Presiding Judge |
|---|---|---|
| | | |

The undersigned judge, having addressed the defendant personally in open court, finds that the defendant (1) was duly sworn or affirmed, (2) entered a plea of ☐ guilty ☒ guilty pursuant to *Alford* decision ☐ no contest, and (3) offered the following answers to the questions set out below:

**Answers**

1. Are you able to hear and understand me? — (1) yes
2. Do you understand that you have the right to remain silent and that any statement you make may be used against you? — (2) yes
3. At what grade level can you read and write? — (3) 12
4. (a) Are you now using or consuming alcohol, drugs, narcotics, medicines, pills, or any other substances? — (4a) No
   (b) When was the last time you used or consumed any such substance? alcohol — (4b) this weekend
   (c) How long have you been using or consuming this medication or substance? — (4c) ___
   (d) Do you believe your mind is clear, and do you understand what you are doing in this hearing? — (4d) yes
5. Have the charges been explained to you by your lawyer, and do you understand the nature of the charges, and do you understand every element of each charge? — (5) yes
6. (a) Have you and your lawyer discussed the possible defenses, if any, to the charges? — (6a) yes
   (b) Are you satisfied with your lawyer's legal services? — (6b) yes
7. (a) Do you understand that you have the right to plead not guilty and be tried by a jury? — (7a) yes
   (b) Do you understand that at such trial you have the right to confront and to cross examine witnesses against you? — (7b) yes
   (c) Do you understand that by your plea(s) you give up these and other important constitutional rights to a jury trial? — (7c) yes
8. Do you understand that, if you are not a citizen of the United States of America, your plea(s) of guilty or no contest may result in your deportation from this country, your exclusion from admission to this country, or the denial of your naturalization under federal law? cert — (8) yes
☒ 9. Do you understand that upon conviction of a felony you may forfeit any State licensing privileges you have in the event that your probation is revoked? — (9) yes
10. Do you understand that following a plea of guilty or no contest there are limitations on your right to appeal? — (10) yes
11. Do you understand that your plea of guilty may impact how long biological evidence related to your case (for example, blood, hair, skin tissue) will be preserved? — (11) yes

(Over)

AOC-CR-300, Rev. 5/18
© 2018 Administrative Office of the Courts

12. Do you understand that you are pleading ☐ guilty ☑ guilty pursuant to *Alford* ☐ no contest to the charges shown below? *(Describe charges, total maximum punishments, and applicable mandatory minimums for those charges.)*  (12) yes

**PLEAS**

| ✓ | Plea* | File Number | Count No.(s) | Offense(s) | Date Of Offense OR Date Range Of Offense | G.S. No. | F/M | CL. | ‡Pun. CL. | Maximum Punishment |
|---|---|---|---|---|---|---|---|---|---|---|
|   | G | 20 CRS 111 | 1 | ASSAULT WITH A DEADLY WEAPON INF | 12/13/2019 | 14-32 | F | E | E | 88 |

☐ See attached AOC-CR-300A, for additional charges.                                                          88

*G = Guilty    GA = Alford plea
NC = No Contest

**TOTAL MAXIMUM PUNISHMENT** ▶

**MANDATORY MINIMUM FINES & SENTENCES** *(if any)* ▶

✓ **NOTE TO CLERK:** *If this column is checked this is an added offense or reduced charge.*

‡ **NOTE:** *Enter punishment class if different from underlying offense class (punishment class represents a status or enhancement).*

13. Do you now personally plead ☐ guilty ☑ guilty pursuant to *Alford* ☐ no contest to the charges I just described?  (13) yes

14. ☐ (a) Are you in fact guilty?  (14a) —

☐ (b) *(no contest plea)* Do you understand that, upon your plea of no contest, you will be treated as being guilty whether or not you admit that you are in fact guilty?  (14b) —

☑ (c) *(Alford guilty plea)*
(1) Do you now consider it to be in your best interest to plead guilty to the charges I just described?  (14c1) yes
(2) Do you understand that, upon your "*Alford* guilty plea," you will be treated as being guilty whether or not you admit that you are in fact guilty?  (14c2) yes

☐ 15. *(Use if aggravating factors are listed below)* Have you admitted the existence of the following aggravating factors:  (15) ___

_____

_____

_____,

have you agreed that there is evidence to support these factors beyond a reasonable doubt, have you agreed that the Court may accept your admission to these factors, and do you  ☐ understand that you are waiving any notice requirement that the State may have with regard to these aggravating factors ☐ agree that the State has provided you with appropriate notice about these aggravating factors?

☐ 16. *(Use if sentencing points are selected below)* Have you admitted the existence of the following sentencing points not related to prior convictions:  ☐ offense committed while on supervised or unsupervised probation, parole, or post-release supervision   ☐ offense committed while serving a sentence of imprisonment ☐ offense committed while on escape from a correctional institution,   have you agreed that there is evidence to support these points beyond a reasonable doubt, have you agreed that the Court may accept your admission to these points, and do you  ☐ understand that you are waiving any notice requirement that the State may have with regard to these sentencing points ☐ agree that the State has provided you with the appropriate notice about these sentencing points?  (16) —

☐ 17. *(Use if No. 15 or 16 selected above)* Do you understand that at a jury trial you have the right to have a jury determine the existence of any aggravating factors and any additional sentencing points not related to prior convictions that may apply to your case beyond a reasonable doubt, and that by your plea(s) you give up this constitutional right to a jury determination?  (17) —

18. Do you understand that you also have the right during a sentencing hearing to prove to the Court the existence of any mitigating factors that may apply to your case?  (18) yes

19. Do you understand that the courts have approved the practice of plea arrangements and you can discuss your plea arrangement with me without fearing my disapproval?  (19) yes

AOC-CR-300, Side Two, Rev. 5/18, © 2018 Administrative Office of the Courts

| STATE VERSUS | No. 20 CRS 111 |
|---|---|

**Name Of Defendant**
MATTHEW JASON BEDDINGFIELD

20. Have you agreed to plead ☐ guilty ☒ guilty pursuant to *Alford* ☐ no contest as part of a plea arrangement? *(if so, review the terms of the plea arrangement as listed in No. 21 below with the defendant.)* (20) _yes_

21. The prosecutor, your lawyer and you have informed the Court that these are all the terms and conditions of your plea:

### PLEA ARRANGEMENT

The defendant will plead to one count of Assault with a deadly weapon inflicting serious injury. Sentencing will be left to the court.

MB
NRD

☐ The State dismisses the charge(s) set out on Page Two, Side Two, of this transcript.
☐ The defendant stipulates to restitution to the party(ies) in the amounts set out on "Restitution Worksheet, Notice And Order (Initial Sentencing)" (AOC-CR-611).

22. Is the plea arrangement as set forth within this transcript and as I have just described it to you correct as being your full plea arrangement? (22) _yes_

23. Do you now personally accept this arrangement? (23) _yes_

24. *(Other than the plea arrangement between you and the prosecutor)* has anyone promised you anything or threatened you in any way to cause you to enter this plea against your wishes? (24) _No_

25. Do you enter this plea of your own free will, and do you fully understand what you are doing? (25) _yes_

26. Do you agree that there are facts to support your plea ☐ ~~and admission to aggravating factors~~ ☐ ~~and sentencing points not related to prior convictions~~, and do you consent to the Court hearing a summary of the evidence? (26) _yes_

27. Do you have any questions about what has just been said to you or about anything else connected to your case? (27) _No_

### ACKNOWLEDGEMENT BY DEFENDANT

I have read or have heard all of these questions and understand them. The answers shown are the ones I gave in open court and they are true and accurate. No one has told me to give false answers in order to have the Court accept my plea in this case. The terms and conditions of the plea as stated within this transcript, if any, are accurate.

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | Date 8-16-21 |
|---|---|
| Date 8/16/21 | Signature J.D. Coats | Signature Of Defendant X Matthew Beddingfield |
| ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | Name Of Defendant (type or print) |

### CERTIFICATION BY LAWYER FOR DEFENDANT

I hereby certify that the terms and conditions stated within this transcript, if any, upon which the defendant's plea was entered are correct and they are agreed to by the defendant and myself. I further certify that I have fully explained to the defendant the nature and elements of the charges to which the defendant is pleading, and the aggravating and mitigating factors and prior record points for sentencing, if any.

Date 8-16-21   Name Of Lawyer For Defendant (type or print) JENNINGS   Signature Of Lawyer For Defendant

### CERTIFICATION BY PROSECUTOR

As prosecutor for this Prosecutorial District, I hereby certify that the conditions stated within this transcript, if any, are the terms and conditions agreed to by the defendant and his/her lawyer and myself for the entry of the plea by the defendant to the charges in this case.

Date 8/10/21   Name Of Prosecutor (type or print)   Signature Of Prosecutor

AOC-CR-300, Page Two, Rev. 5/18
© 2018 Administrative Office of the Courts

(Over)

## PLEA ADJUDICATION

Upon consideration of the record proper, evidence or factual presentation offered, answers of the defendant, statements of the lawyer for the defendant, and statements of the prosecutor, the undersigned finds that:

1. There is a factual basis for the entry of the plea *(and for the admission as to aggravating factors and/or sentencing points)*;
2. The defendant is satisfied with his/her lawyer's legal services;
3. The defendant is competent to stand trial;
4. ☐ The State has provided the defendant with appropriate notice as to the aggravating factors and/or points; ☐ The defendant has waived notice as to the aggravating factors and/or points; and
5. The plea *(and admission)* is the informed choice of the defendant and is made freely, voluntarily and understandingly.

The defendant's plea *(and admission)* is hereby accepted by the Court and is ordered recorded.

| Date | Name Of Presiding Judge (type or print) | Signature Of Presiding Judge |
|---|---|---|
| 8-16-21 | James F. Ammons, Jr. | [signed] |

### SUPERIOR COURT DISMISSALS PURSUANT TO PLEA ARRANGEMENT

| File No. | Count No.(s) | Offense(s) |
|---|---|---|
| 19 CRS 57520 | 1 | Attempt first degree murder |

### DISTRICT COURT DISMISSALS PURSUANT TO PLEA ARRANGEMENT

| File No. | Count No.(s) | Offense(s) |
|---|---|---|
| | | |

### CERTIFICATION BY PROSECUTOR

The undersigned prosecutor enters a dismissal to the above charges pursuant to a plea arrangement shown on this Transcript Of Plea.

| Date | Name Of Prosecutor (type or print) | Signature Of Prosecutor |
|---|---|---|
| 8/10/21 | K. Tenuby | [signed] |

AOC-CR-300, Page Two, Side Two, Rev. 5/18
© 2018 Administrative Office of the Courts

| STATE OF NORTH CAROLINA | File No. 19CR57320, 19CRS57320 |
|---|---|
| JOHNSTON County | In The General Court Of Justice<br>☐ District  ☐ Superior Court Division |

**STATE VERSUS**

Name And Address Of Defendant
MATTHEW JASON BEDDINGFIELD

MIDDLESEX
NC

FILED
2021 AUG 17 A 8:41
JOHNSTON CO., C.S.C

**WORKSHEET PRIOR RECORD LEVEL FOR FELONY SENTENCING AND PRIOR CONVICTION LEVEL FOR MISDEMEANOR SENTENCING (STRUCTURED SENTENCING)**

(For Offenses Committed On Or After Dec. 1, 2009)

| Social Security No. | SID No. | | |
|---|---|---|---|
| Race WHITE | Sex MALE | DOB BY /2000 | G.S. 15A-1340.14, 15A-1340.21 |

### I. SCORING PRIOR RECORD/FELONY SENTENCING

| NUMBER | TYPE | FACTORS | POINTS |
|---|---|---|---|
| | Prior Felony Class A Conviction | X 10 | |
| | Prior Felony Class B1 Conviction | X 9 | |
| | Prior Felony Class B2 or C or D Conviction | X 6 | |
| | Prior Felony Class E or F or G Conviction | X 4 | |
| | Prior Felony Class H or I Conviction | X 2 | |
| | Prior Class A1 or 1 Misdemeanor Conviction (see note on reverse) | X 1 | |
| | | SUBTOTAL | |

Defendant's Current Charge(s):
19CR57320-ATTEMPT FIRST DEGREE MURDER (0999)
19CRS57320-ATTEMPT FIRST DEGREE MURDER (0999)
20CRS111-AWDWIKISI (1348)

| | | |
|---|---|---|
| If all the elements of the present offense are included in any prior offense whether or not the prior offenses were used in determining prior record level. | + 1 | |
| If the offense was committed while the offender was: ☐ on probation, parole, or post-release supervision; ☐ serving a sentence of imprisonment; or ☐ on escape from a correctional institution.<br>NOTE: If part of a plea transcript, use form AOC-CR-300 ("Transcript Of Plea"), Nos. 16 and 17. | + 1 | |

| County | File No. | State (if other than NC) |
|---|---|---|
| | | |

| | TOTAL | 0 |
|---|---|---|

### II. CLASSIFYING PRIOR RECORD/CONVICTION LEVEL

| MISDEMEANOR | FELONY |
|---|---|

NOTE: If sentencing for a misdemeanor, total the number of prior conviction(s) listed on the reverse and select the corresponding prior conviction level.

| No. Of Prior Convictions | Level |
|---|---|
| 0 | I |
| 1 - 4 | II |
| 5 + | III |

PRIOR CONVICTION LEVEL ▶ [ ]

NOTE: If sentencing for a felony, locate the prior record level which corresponds to the total points determined in Section I above.

| Points | Level |
|---|---|
| 0 - 1 | I |
| 2 - 5 | II |
| 6 - 9 | III |
| 10 - 13 | IV |
| 14 - 17 | V |
| 18 + | VI |

PRIOR RECORD LEVEL ▶ I

☐ The Court has determined the number of prior convictions to be _____ and the level to be as shown above.
☐ In making this determination, the Court has relied upon the State's evidence of the defendant's prior convictions from a computer printout of DCI-CCH.

☐ The Court finds the prior convictions, prior record points and the prior record level of the defendant to be as shown herein.
☐ In making this determination, the Court has relied upon the State's evidence of the defendant's prior convictions from a computer printout of DCI-CCH.
☐ In finding a prior record level point under G.S. 15A-1340.14(b)(7), the Court has relied on the jury's determination of this issue beyond a reasonable doubt or the defendant's admission to this issue.

☐ The Court finds that all of the elements of the present offense are included in a prior offense.
☐ For each out-of-state conviction listed in Section V on the reverse, the Court finds by a preponderance of the evidence that the offense is substantially similar to a North Carolina offense and that the North Carolina classification assigned to this offense in Section V is correct.
☐ The Court finds that the State and the defendant have stipulated in open court to the prior convictions, points, and record level.

| Date 8-16-21 | Name Of Presiding Judge (type or print) James F. Ammons, Jr. | Signature Of Presiding Judge [signature] |
|---|---|---|

AOC-CR-600B, Rev. 5/18     (Over)
© 2018 Administrative Office of the Courts

| | III. STIPULATION | |
|---|---|---|

The prosecutor and defense counsel, or the defendant, if not represented by counsel, stipulate to the information set out in Sections I and V of this form, and agree with the defendant's prior record level or prior conviction level as set out in Section II based on the information herein.

| Date | Signature Of Prosecutor | Date | Signature Of Defense Counsel Or Defendant |
|---|---|---|---|
| 8/10/21 | | 8/16/21 | |

### IV. DNA CERTIFICATION
### (For Offenses Committed On Or After Feb. 1, 2011)

A review of the case record (the form required by G.S. 15A-266.3A(c)) and the records of the State Bureau of Investigation (the DCI-CCH rap sheet) indicates that (check one):

☐ 1. The defendant is **NOT** required to provide a DNA sample for this conviction because (i) the offense is not covered by G.S. 15A-266.4 or (ii) a sample of the defendant's DNA has previously been obtained and the defendant's DNA record is currently stored in the State DNA database.

☒ 2. The defendant **IS** required to provide a DNA sample for this conviction because (i) the offense is covered by G.S. 15A-266.4 and (ii) a sample of the defendant's DNA has not previously been obtained and the defendant's DNA record has not previously been stored in the State DNA Database, or if previously obtained and stored, the defendant's DNA sample and record have been expunged.

| Date | Name Of Prosecutor (Type or print) | Signature Of Prosecutor |
|---|---|---|
| 8/10/21 | C. Tracey | |

### V. PRIOR CONVICTION

NOTE: Federal law precludes making computer printout of DCI-CCH (rap sheet) part of permanent public court record.

NOTE: The only misdemeanor offenses under Chapter 20 that are assigned points for determining prior record level for felony sentencing are misdemeanor death by vehicle [G.S. 20-141.4(a2)] and, for sentencing for felony offenses committed on or after December 1, 1997, impaired driving [G.S. 20-138.1] and commercial impaired driving [G.S. 20-138.2]. First Degree Rape and First Degree Sexual Offense convictions prior to October 1, 1994, are Class B1 convictions.

| Source Code | Offenses | File No. | Date Of Conviction | County (Name Of State if not NC) | Class |
|---|---|---|---|---|---|
| | | | | | |

☐ See AOC-CR-600 Continuation for additional prior convictions.

**Source Code:**  1 - DCI   3 - AOC/Local   5 - ID Bureau
               2 - NCIC  4 - AOC/Statewide 6 - Other

Date Prepared: _____

Prepared By: _____

AOC-CR-600B, Side Two, Rev. 5/18
© 2018 Administrative Office of the Courts

**STATE OF NORTH CAROLINA**

JOHNSTON County

File No. 20 CRS 111

In The General Court Of Justice
Superior Court Division

**STATE VERSUS**

Name And Address Of Defendant
MATTHEW JASON BEDDINGFIELD

MIDDLESEX  NC  27557-8226

**INDICTMENT**

☐ This is a superseding indictment.

| Race | Sex | Date Of Birth |
|------|-----|---------------|
| W | M | 2000 |

| Offense(s) | Date Of Offense OR Date Range Of Offense | G.S. No. | CL. |
|------------|------------------------------------------|----------|-----|
| I. ASSAULT WITH A DEADLY WEAPON WITH INTENT TO KILL INFLICTING SERIOUS INJURY | 12/13/2019 | 14-32 | C |
| II. | | | |

I. The jurors for the State upon their oath present that on or about the date(s) of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did

assault HOCTAVIO GARCIA with A FIREARM, a deadly weapon, with the intent to kill HOCTAVIO GARCIA, inflicting serious injury, A GUNSHOT WOUND TO THE HEAD.

II. And the jurors for the State upon their oath present that on or about the date(s) of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did

Signature Of Prosecutor

**WITNESSES**

☒ C. Blinson - Smithfield Police
☐
☐
☐
☐
☐
☐

The Witnesses marked "X" were sworn by the undersigned Foreperson of the Grand Jury and, after hearing testimony, this Bill was found to be:

☒ A TRUE BILL by twelve or more grand jurors, and I the undersigned Foreperson of the Grand Jury, attest the concurrence of twelve or more grand jurors in this Bill of Indictment.

☐ NOT A TRUE BILL.

Date: 01/21/2020

Signature Of Grand Jury Foreperson

AOC-CR-122, Rev. 1/13
© 2013 Administrative Office of the Courts